# Hurst v. The State.

APPEAL from Pike Circuit Court.
Tried before the Hon. JOHN P. HUBBARD.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, George Hurst, was indicted, tried and convicted for murder in the first degree, and sentenced to the penitentiary for life.

The judgment is affirmed.